# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Jacquelyne LaMarr, et al.

                                            Plaintiff,

v.                                                        Case No.: 1:15−cv−08660
                                                             Honorable Samuel Der−Yeghiayan

Illinois Bell Telephone Company, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 31, 2017:

       MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held on 10/31/17. Plaintiffs' motion for final approval of settlement [162] is granted. Enter Order of Settlement Approval. Case dismissed without prejudice. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.